**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**JOHN MORROW,**

    Plaintiff,

                              **CASE NO.    3:11-CV-11**

**-vs-**

                              **District Judge Timothy S. Black
Magistrate Judge Michael R. Merz**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that the matter be remanded to the ALJ under the Fourth Sentence of 42 U.S.C. §405(g); and that the case is **TERMINATED.**

Date:  September 26, 2011                      **JAMES BONINI, CLERK**

                                                      By: s/ M. Rogers
                                                      Deputy Clerk